**EJA/3162**
**EMMANUEL J. ARGENTIERI**
**14176-0730**
PARKER McCAY
P.O. Box 974
Marlton, New Jersey  08053
(856) 596-8900
**Attorneys for Secured Creditor, OneWest Bank, FSB**

|  | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| MOSHE PELE<br>xxx-xx-7766<br>SIMCHA PELE<br>xxx-xx-0082 | CHAPTER: 7<br>CASE NO. 10-14907 NLW<br><br>NOTICE  OF MOTION FOR RELIEF FROM STAY |
| Debtors | Hearing: 3/22/2010 @ 9:00 a.m. |

OneWest Bank, FSB, (hereinafter "Movant"), has filed papers with the court to have an order entered granting it relief from the automatic stay so it can start or resume foreclosure proceedings against your property commonly known as 352 Maplewood Drive, Paramus, New Jersey 07652.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant Movant relief from the automatic stay regarding the above property, or if you want the court to consider your views on the motion, then on or before March 15, 2010, *[seven (7) days before the hearing date of the within motion],* you or your attorney must:

File with the court a written response to Movant's motion explaining your position. Your response must be filed with the Bankruptcy Clerk at the United States Bankruptcy Court, P.O. Box 1352, Newark, New Jersey 07101.

LAW OFFICE
**PARKER McCAY P.A.**

If you mail your response to the court for filing, you must mail it early enough so the court will **receive it** on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Emmanuel J. Argentieri, Esquire | Stacey L. Meisel, Esquire |
| PARKER MCCAY | 354 Eisenhower Pkwy, Suite 1500 |
| Three Greentree Centre, Suite 401 | Livingston, NJ  07039 |
| Rt. 73 & Greentree Road, P.O. Box 974 | *Chapter 7 Trustee* |
| Marlton, NJ 08053 | |
| *Attorney for Movant* | |

If you are opposing the order Movant is seeking from the court, you must attend the hearing scheduled to be held on March 22, 2010 @ 10:00 a.m., United States Bankruptcy Court, 50 Walnut Street, M.L. King, Jr. Blvd. & Court House, Newark, New Jersey, the Honorable Novalyn L. Winfield presiding.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

/s/EMMANUEL J. ARGENTIERI
EMMANUEL J. ARGENTIERI

Dated: March 2, 2010

LAW OFFICE
**PARKER McCAY P.A.**