| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>PARKER McCAY P.A.<br>EMMANUEL J. ARGENTIERI/EJA 3162<br>7001 Lincoln Drive / P.O. Box 974<br>Marlton, New Jersey 08053<br>(856) 596-8900<br>Attorney for ONEWEST BANK, FSB, ITS SUCCESSORS AND/OR ASSIGNS | Order Filed on 04/26/2010 by Clerk U.S. Bankruptcy Court District of New Jersey |
| MOSHE PELE<br>xxx-xx-7766<br>SIMCHA PELE<br>xxx-xx-0082 | Case No. 10-14907 NLW<br><br>Hearing Date: 3/22/2010<br><br>Judge: WINFIELD |

### ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 04/26/2010**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Moshe and Simcha Pele
Case No:  10-14907 NLW
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the motion of ONEWEST BANK, FSB, ITS SUCCESSORS AND/OR ASSIGNS, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following real property:

**352 Maplewood Drive, Paramus, New Jersey 07652, aka Lot 2, Block 4501 on the Official Tax Map of the Borough of Paramus, New Jersey.**

It is further ORDERED that the movant may join the debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor(s), debtor(s)' attorney, any trustee and any other party who entered an appearance on the motion.

*Approved by Judge Novalyn L. Winfield April 26, 2010*