# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                           Case No.: 10−14907−NLW
                           Chapter: 7
                           Judge: Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Moshe Pele | Simcha Pele |
| 352 Maplewood Drive | 352 Maplewood Drive |
| Paramus, NJ 07652 | Paramus, NJ 07652 |

Social Security No.:
   xxx−xx−7766                                  xxx−xx−0082

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

     Stacey L. Meisel, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
     If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than June 28, 2010.
     In the event an objection is timely filed, a hearing will be held before the Honorable Novalyn L. Winfield on

DATE:            7/12/10
TIME:            9:00 a.m.
COURTROOM:   3D

     If no objection is filed with the Clerk and served upon the Trustee on or before June 28, 2010, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
The Debtors own the real property located at 352 Maplewood Drive, Paramus, New Jersey. Based upon a valuation on Zillow.com, the approximate fair market value as of June 5, 2010 is $562,500.00. The Debtors testified at the 341(a) meeting that they believe the property is worth about $450,000.00 and that they owe over $600,000.00.

The liens on the property to be abandoned are as follows
(including amount claimed due):
Mortgage is held by One West Bank, FSB, with a principal balance of $600,000.00 and payoff of $724,361.49, as per the mortgage holders stay relief motion, which was granted by Order of the Court on April 26, 2010. With cost of sale, the Trustee believes the property is of no value to the estate.

The amount of equity claimed as exempt by the debtor is:
$0.00

     Request for additional information about the property to be abandoned should be directed to the Trustee at:
Stacey L. Meisel

Becker, Meisel LLC
Eisenhower Plaza II
354 Eisenhower Pkwy, Suite 1500
Livingston, NJ 07039
(973) 422–1100

    or the trustee's attorney (if applicable) at:

Dated: June 8, 2010
JJW:

                                               James J. Waldron
                                             Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: szive                  Page 1 of 2                   Date Rcvd: Jun 08, 2010
Case: 10-14907                 Form ID: 154                 Total Noticed: 53

The following entities were noticed by first class mail on Jun 10, 2010.
db/jdb        +Moshe Pele,    Simcha Pele,    352 Maplewood Drive,    Paramus, NJ 07652-3402
smg            U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +OneWest Bank, FSB,    c/o Parker McCay,    Three Greentree Centre, Suite 401,
                7001 Lincoln Drive West,    PO Box 974,    Marlton, NJ 08053-0974
510493800    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
              (address filed with court: Advanta Bank Corp,    Po Box 844,    Spring House, PA 19477)
510527006    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
              (address filed with court: Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,
                Malvern  PA 19355-0701)
510493801     +Aes/pnc Bank,    1200 N 7th St,    Harrisburg, PA 17102-1419
510493802     +Aes/student Loan Xpres,    POb 2461,    Harrisburg, PA 17105-2461
510493804      American Express,    Att: NCO Financial Systems Inc.,    PO Box 15760,    Dept. 07,
                Wilmington, DE 19850-5760
510493805     +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
510493806      American Express Travel Related Svcs.,    OA Special Research,    PO Box 981540,
                El Paso, TX 79998-1540
510493808     +Assistant Attorney General,    Department of Justice, Tax Division,
                Civil Trial Section, Eastern Region,    PO Box 227, Ben Franklin Station,
                Washington, DC 20044-0227
510493809     +Attorney General's Office,    Division of Law,    Richard J. Hughes Justice Complex,
                25 West Market St., PO Box 080,    Trenton, NJ 08625-0080
510493810     +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
510493811      Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
510493812     +Cach Llc,    Attention: Bankruptcy Department,    4340 South Monaco St. 2nd Floor,
                Denver, CO 80237-3408
510493814     +Capital One Bank (USA) N.A.,    Att: Gerardino Di Popolo, Esq.,    Goldman & Warshaw,
                PO Box 2500,    West Caldwell, NJ 07007-2500
510493813     +Capital One Bank (USA) N.A.,    Att: Gerardino Di Popolo, Esq.,    Goldman & Warshaw, P.C.,
                PO Box 2500,    West Caldwell, NJ 07007-2500
510493815     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
510493816      Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
510493817      Citi,    PO Box 63095,    Dallas, TX 75265
510493818     +Citibank (South Dakota) N.A.,    Att: David A. Faloni, Esq.,    Faloni & Associates, LLC,
                P.O. Box 1285,    West Caldwell, NJ 07007-1285
510493819     +Citibank (South Dakota) NA,    Att: LTD Financial Services,    7322 Southwest Freeway, Suite 1600,
                Houston, TX 77074-2053
510493820     +Citibank Sd, Na,    Po Box 6500,    Sioux Falls, SD 57117-6500
510493821     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
510493823      Cslf,    P.O. Box 689-525,    Brook Street,    Rocky Hill, CT 06067
510493822      Cslf,    P.O. Box 689-525,    Brook Street,    Rocky Hill, CT 06067-0689
510493824      Direct Merchant - HSBC Card Services,    Payment Center,    PO Box 17313,
                Baltimore, MD 21297-1313
510493826     +Ecmc,    101 E Fifth St,    Saint Paul, MN 55101-1898
510493827      Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
510493828     +Experian,    701 Experian Parkway,    Allen, TX 75013-3715
510493829     +Fed Loan Serv,    Po Box 2461,    Harrisburg, PA 17105-2461
510622756     +First Equity Vissa,    P.O. Box 84075,    Columbus, GA 31908-4075
510622759      Guarantee Insurance Company,    P.O. Box 406012,    Atlanta, GA 30381
510493830     +Home Depot/Citicorp Credit Services,    PO Box 653095,    Dallas, TX 75265-3095
510622757      Horizon Blue Cross/Blue Shield,    P.O. Box 1738,    Newark, NJ 07101-1738
510493831     +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
510493835    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    20 Washington Place, Room 121,
                Newark, NJ 07102-3127)
510493833    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114)
510493832      IndyMac Federal Bank, FSB,    Att: David M. Lambropoulos, Esq,    Parker McCay Attorneys at Law,
                P.O. Box 974,    Marlton, NJ 08053-0974
510493834      Internal Revenue Service,    PO Box 644,    Philadelphia, PA 19114
510493836     +Internal Revenue Services,    Special Procedures,    PO Box 744,    Springfield, NJ 07081
510622758     +Jennifer Fine McDermut, Ph.D.,    30 Riveredge Road,    Tenafly, NJ 07670-3211
510493837      Office of Chief Counsel,    Internal Revenue Service,    SB/SE Division Counsel,
                One Newark Center, Suite 1500,    Newark, NJ 07102-5224
510493839     +PNC Bank/ECMC,    Lock Box 8639,    PO Box 75848,    Saint Paul, MN 55175-0848
510493838     +Pele Limousine Service Inc.,    352 Maplewood Drive,    Paramus, NJ 07652-3402
510493840     +Premium Finance Specialists,    Att: Benuck & Rainey, Inc.,    399 US Highway 4, Suite A,
                Barrington, NH 03825-3128
510493841     +Prsm/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
510493842     +Trans Union,    PO Box 1000,    Chester, PA 19016-1000

The following entities were noticed by electronic transmission on Jun 08, 2010.
510493807     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance,
                Po Box 2036,    Warren, MI 48090-2036
510706935     +E-mail/Text: bnc@atlasacq.com                            Atlas Acquisitions LLC,
                Attn: Avi Schild,    294 Union St.,    Hackensack, NJ 07601-4303
510701576     +E-mail/Text: bnc@atlasacq.com                            Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
510493825     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 09 2010 00:53:30      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
```

```
District/off: 0312-2          User: szive              Page 2 of 2              Date Rcvd: Jun 08, 2010
Case: 10-14907                Form ID: 154             Total Noticed: 53

The following entities were noticed by electronic transmission (continued)
                                                                                        TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
510493803*    +Aes/student Loan Xpres,    Po Box 2461,    Harrisburg, PA 17105-2461
                                                                                        TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 10, 2010**                    **Signature:**    _Joseph Speetjens_