Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  10–14907–NLW
Chapter:  7
Judge:  Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Moshe Pele                                  Simcha Pele
352 Maplewood Drive                         352 Maplewood Drive
Paramus, NJ 07652                           Paramus, NJ 07652

Social Security No.:
xxx–xx–7766                                 xxx–xx–0082

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Stacey L. Meisel is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 29, 2010                        Novalyn L. Winfield
                                            Judge, United States Bankruptcy Court